ACCEPTED
01-15-00921-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

Filed
10/20/2015 6:41:42 PM
Dwight D. Sullivan
County Clerk
Galveston County, Texas

CAUSE NO CV-0074257

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>Plaintiff-Appellee | § § § § § § | IN THE COUNTY COURT |
| v. | § § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>11/14/2015 7:02:38 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| MILDRED HENDERSON, I.B. HENDERSON AND ALL OCCUPANTS,<br>Defendants-Appellants | § § § § | AT LAW NO. 2<br><br>OF |
| 1608 ALASKA AVENUE LEAGUE CITY TX 77573,<br>THE PREMISES | § § § § | GALVESTON COUNTY, TEXAS |

## DEFENDANTS NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Mark Trimble, individually and as assignee for I.B. and Mildred Henderson gives notice of his appeal to the First or Fourteenth Court of Appeals, from the final summary judgment of the County Court at Law Number Two of Galveston County, Texas, entered in the above entitled cause and dated October 13, 2015.

Notice of and Assignment of Related Case Appeal form, pursuant to Local Rule 1.4, is attached.

Respectfully submitted,

Mark Trimble
1608 Alaska Ave
League City Texas 77573
409-256-1019 (phone)
409-877-1368 (fax)
marktrimble@ymail.com

1

<u>Certificate of Service</u>

I certify that a true and accurate copy of the foregoing document was served on the 20 day of October, 2015 via fax or e-mail, to the following:

Lance Erickson
1255 West 15th Street Suite 1060
Plano TX 75075
214-291-3801
lerickson@mccarthyholthus.com

Rex Kesler
2311 Canal St Ste 304
Houston TX 77003
281-501-3191
Rex.kesler@gmail.com

2

# Local Rule Notice of and Assignment of Related Case in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☐ None

☑ Caption:

Trial court
case number:

Appellate court
case number:

*I.B. Henderson and Mildred Henderson v Financial Freedom Senior Funding Corp, a subsidiary of IndyMac Bank, FSB 14-CV-0609, 56th District Court Galveston County*

*01-15-00851-CV*

[Signature of certifying attorney or pro se party]

*10-20-15*

[Date]

**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."

SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District
**301 Fannin Street**
**Houston, Texas 77002-2066**

October 8, 2015

Mark Trimble
1608 Alaska Ave
League City, TX 77573

RE:   **Court of Appeals Number:** 01-15-00851-CV
      **Trial Court Case Number:** 14-CV-0609

**Style:** I.B. Henderson and Mildred Henderson  v. Financial Freedom Senior Funding
Corporation, a Subsidiary of Indymac Bank, FSB

## GENERAL INFORMATION

On **October 08, 2015**, a letter of assignment from the **56th District Court** trial-court clerk and a copy of the notice of appeal filed by **I.B. Henderson and Mildred Henderson** in the trial court was received and docketed as Cause Number **01-15-00851-CV**. This **Notice** contains information about some of the rules and procedures that govern prosecution of an appeal pending before the First Court of Appeals.

Texas Rule of Appellate Procedure 9.6 requires parties and counsel to communicate about a pending appeal only through the Clerk's office and they may not communicate with either the justices or their staff about a case. It is also improper to send a document to the Court about an appeal unless a copy of it is served on all other parties to the appeal at the same time. *See* TEX. R. APP. P. 9.5(d), (e).

Effective January 1, 2014, **all attorneys in civil cases and criminal cases** must electronically file all documents (except a document submitted under seal or subject to a motion to seal) through the EfileTexas.gov electronic filing system. A party representing themselves pro se (without an attorney) in a civil case, is encouraged to e-file documents, but is not required to do so. Electronically filed documents must conform to TEX. R. APP. P. 9.4 and must be completed through EfileTexas.gov, http://www.efiletexas.gov. Electronically filed briefs must comply with TEX. R. APP. P. 9.4 and with the Texas Supreme Court's Redaction Guidelines found at http://www.supreme.courts.state.tx.us/ebriefs/RedactionGuidelines.pdf.